**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **RICKIE LEE SMITH, JR.,** ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:17-CV-2373-D |
| ) | |
| **LORIE DAVIS,** *Director,* **TDCJ-CID** ) | |
| Respondent. ) | |

## **ORDER**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

July 23, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE